UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY CHARLES TEW,

                  Plaintiff,

v.

TOWN OF STONY POINT *and*
STONY POINT JUSTICE COURT,

                  Defendants.

No. 22-CV-6148 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

        On November 21, 2022, this Court adopted a briefing schedule for Defendant Town of Stony Point's Motion to Dismiss. (Dkt. No. 11.) Pursuant to that briefing schedule, Defendant filed its Motion to Dismiss on December 21, 2022. (*See* Dkt. Nos. 12–14.) Plaintiff has yet to file an Opposition or otherwise communicate with the Court. (*See generally* Dkt.)

        Plaintiff is directed to respond to Defendant's pending Motion to Dismiss by no later than April 30, 2023. If Plaintiff does not respond, the Court will deem the Motion fully submitted. If Plaintiff does respond, Defendant will have two weeks from the date of the response for a reply. The Court will not grant any extensions to this schedule for any reason.

        The Clerk of the Court is respectfully requested to mail this Order, as well as copies of Dkt. Nos. 12, 13, and 14 to Plaintiff at the address listed on the Docket.

SO ORDERED.

DATED:    March 31, 2023
                White Plains, New York

                                                        KENNETH M. KARAS
                                                           UNITED STATES DISTRICT JUDGE